*AO 10*
*Rev. 1/2017*

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Walter, Donald E. | **2. Court or Organization**<br><br>U.S. Dist Ct; Western Dist LA | **3. Date of Report**<br><br>08/10/2020 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>District Court Judge-Senior | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| |
|---|
| **7. Chambers or Office Address**<br><br>300 Fannin Street, Suite 4200<br>Shreveport, Louisiana 71101 |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 08/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 08/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walter, Donald E.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. See attached description - timber farm rent | B | Rent | N | Q | | | | | |
| 2. JD Bank Account | A | Interest | M | T | | | | | |
| 3. See attached description | A | Royalty | J | V | | | | | |
| 4. Jefferson Davis Bank Common Stock - Morgan Stanley #1 | G | Dividend | P1 | T | | | | | |
| 5. See attached description | A | Rent | J | Q | Sold (part) | 05/31/19 | K | D | |
| 6. See attached description | | None | J | V | | | | | |
| 7. Bancorp South Account | A | Interest | J | T | | | | | |
| 8. Charles Schwab & Co., Inc.-money market | A | Int./Div. | J | T | | | | | |
| 9. See Attached Description | A | Royalty | J | V | | | | | |
| 10. See Attached Description | E | Royalty | L | V | | | | | |
| 11. The New Century,LLC | A | Rent | J | V | | | | | |
| 12. Richard Skipper Note | | None | J | V | | | | | |
| 13. Morgan Stanley Bank #1 | A | Interest | M | T | | | | | |
| 14. Morgan Stanley #2-Bank | A | Interest | K | T | | | | | |
| 15. Morgan Stanley #3- Virtus Multi Sect Sht Trm | A | Dividend | J | T | Sold (part) | 07/31/19 | J | A | |
| 16. | | | | | Buy (add'l) | 08/29/19 | J | | |
| 17. Morgan Stanley #3-bank | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walter, Donald E.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Morgan Stanley #1- Alphabet Inc Cl A (formerly Google) | | None | L | T | | | | | |
| 19. | Morgan Stanley #1-Facebook | | None | K | T | | | | | |
| 20. | Mineral Interest located in Westmoreland County,Pennsylvania | C | Rent | J | W | | | | | |
| 21. | Morgan Stanley #3 - Principal GLB Divers | A | Dividend | J | T | | | | | |
| 22. | Morgan Stanley #3 - First Trust Capital Strgth | | None | J | T | Sold (part) | 01/14/19 | J | A | |
| 23. | Morgan Stanley #2 - Apple | B | Dividend | K | T | | | | | |
| 24. | Morgan Stanley #2 - JP Morgan Common Stock | B | Dividend | K | T | Sold (part) | 01/07/19 | J | A | |
| 25. | Morgan Stanley #2 - Pepsico | | None | | | Sold | 01/07/19 | K | A | |
| 26. | Morgan Stanley #2 - Pfizer Inc | A | Dividend | | | Sold (part) | 01/30/19 | K | B | |
| 27. | | | | | | Sold | 05/14/19 | K | | |
| 28. | Morgan Stanley #3 - MFS Value I | | None | | | Sold | 01/14/19 | J | A | |
| 29. | Morgan Stanley - Bank #4 | A | Interest | J | T | | | | | |
| 30. | Morgan Stanley #4 - Rhode Island Comm Corp Bond | A | Interest | K | T | | | | | |
| 31. | Morgan Stanley #4 - Chicago Ill Bond | A | Interest | K | T | | | | | |
| 32. | Morgan Stanley #4 - AB Municipal Income | D | Int./Div. | M | T | Sold (part) | 08/14/19 | J | A | |
| 33. | Morgan Stanley #4 - Hudson YDS Infrastructure Bond | A | Interest | | | Sold | 03/08/19 | J | A | |
| 34. | Morgan Stanley #3 - Goldman Activebeta US LC ETF | A | Dividend | J | T | Buy (add'l) | 08/29/19 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walter, Donald E.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Morgan Stanley #2- Home Depot Inc | | None | | | Sold | 01/07/19 | K | C | |
| 36. | Morgan Stanley #2- Lockheed Martin Corp | A | Dividend | K | T | Buy<br>(add'l) | 01/07/19 | J | | |
| 37. | | | | | | Sold<br>(part) | 10/21/19 | K | D | |
| 38. | Morgan Stanley #2- USG Corporation New | | None | | | Sold | 01/07/19 | J | C | |
| 39. | Morgan Stanley #2- First Trust Fncl Alphadex | B | Dividend | L | T | Sold<br>(part) | 08/28/19 | J | A | |
| 40. | Morgan Stanley #2- Cisco Sys Inc | A | Dividend | J | T | Sold<br>(part) | 05/22/19 | K | D | |
| 41. | Morgan Stanley #2- Philip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 42. | Morgan Stanley #2- Abbott Laboratories | | None | | | Sold | 01/07/19 | K | B | |
| 43. | Morgan Stanley #2- Blackrock Inc. | A | Dividend | K | T | | | | | |
| 44. | Morgan Stanley #2- Colgate Palmolive Co | A | Dividend | | | Buy<br>(add'l) | 01/07/19 | J | | |
| 45. | | | | | | Sold | 05/22/19 | K | D | |
| 46. | Morgan Stanley #2- Comcast Corp (New) Class A | A | Dividend | J | T | Sold<br>(part) | 01/07/19 | K | B | |
| 47. | Morgan Stanley #2-Microsoft Corp | A | Dividend | J | T | | | | | |
| 48. | Morgan Stanley #2-Nextera Energy Inc | B | Dividend | K | T | | | | | |
| 49. | Morgan Stanley #2-Raytheon Co (New) | A | Dividend | | | Sold | 01/07/19 | K | A | |
| 50. | Morgan Stanley #2-Sempra Energy | A | Dividend | J | T | Buy<br>(add'l) | 01/07/19 | J | | |
| 51. | | | | | | Sold<br>(part) | 01/24/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walter, Donald E.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 06/05/19 | K | C | |
| 53. Morgan Stanley #2-United Technologies Corp | A | Dividend | K | T | | | | | |
| 54. Morgan Stanley #2- Verizon Communications | A | Dividend | J | T | | | | | |
| 55. Morgan Stanley #2- Health Care Sel Sect SPRDR FD | A | Dividend | | | Sold | 05/07/19 | K | B | |
| 56. Morgan Stanley #2-The Technology Sel Sec SPDR FD | A | Dividend | | | Sold | 08/21/19 | K | D | |
| 57. Morgan Stanley #2-Vanguard Energy ETF | A | Dividend | | | Sold (part) | 01/07/19 | J | A | |
| 58. | | | | | Buy (add'l) | 05/22/19 | J | | |
| 59. | | | | | Sold (part) | 08/06/19 | J | | |
| 60. | | | | | Sold (part) | 08/13/19 | K | | |
| 61. | | | | | Sold | 08/14/19 | K | | |
| 62. Morgan Stanley #3- Vanguard Energy ETF | A | Dividend | | | Sold (part) | 07/31/19 | J | A | |
| 63. | | | | | Sold | 08/13/19 | J | | |
| 64. Morgan Stanley #3- Vanguard Short-Term Corporate | A | Dividend | J | T | | | | | |
| 65. Morgan Stanley #3- Guggenheim Total Return BD I | A | Dividend | J | T | | | | | |
| 66. Morgan Stanley #3- MFS INTL Diversification I | | None | | | Sold | 01/14/19 | J | | |
| 67. Morgan Stanley #3- Cons Staples Sel Sect SPDR FD | A | Dividend | J | T | Sold (part) | 07/31/19 | J | A | |
| 68. | | | | | Buy (add'l) | 08/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walter, Donald E.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Morgan Stanley #3- Hartford Multifactor US Equi | A | Dividend | J | T | Buy (add'l) | 05/15/19 | J | | |
| 70. | | | | | Sold (part) | 07/31/19 | J | A | |
| 71. | | | | | Buy (add'l) | 08/29/19 | J | | |
| 72. Morgan Stanley #3-Industrial Sel Sec SPDR FD | A | Dividend | J | T | Buy (add'l) | 08/29/19 | J | | |
| 73. Morgan Stanley #3-Invesco S&P 500 Pure Value ETF | A | Dividend | J | T | | | | | |
| 74. Morgan Stanley #3-Pimco Enhanced Shrt MTRT Exc | A | Dividend | J | T | Sold (part) | 03/21/19 | J | | |
| 75. Morgan Stanley #3- SPDR Ser Trust BBG BCL 13 EFT | A | Dividend | J | T | | | | | |
| 76. Morgan Stanley #3- The Financial Sel Sect SPDR FD | A | Dividend | J | T | Buy (add'l) | 05/15/19 | J | | |
| 77. | | | | | Sold (part) | 07/31/19 | J | A | |
| 78. | | | | | Buy (add'l) | 08/29/19 | J | | |
| 79. Morgan Stanley #3- The Technology Sel Sec SPDR FD | A | Dividend | J | T | | | | | |
| 80. Morgan Stanley #3-Utilities Sel Sect SPDR Fund | A | Dividend | J | T | Sold (part) | 04/08/19 | J | A | |
| 81. | | | | | Buy (add'l) | 05/14/19 | J | | |
| 82. | | | | | Sold (part) | 07/31/19 | J | A | |
| 83. Morgan Stanley #4- Arlington Cnty VA FUB IMPT GENL OBLIG | A | Interest | | | Sold | 08/12/19 | K | A | |
| 84. Morgan Stanley #4- Long Beach CALIF HBR Short Term REV REF-A | A | Interest | K | T | | | | | |
| 85. Morgan Stanley #4-Ohio St Major New St Infrastructure Proj Rev-I | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walter, Donald E.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | Morgan Stanley #4-Virginia St Pub Sch Auth | A | Interest | K | T | | | | | |
| 87. | Morgan Stanley #4- Washington St Var Purp Genl Oblig RE-C | A | Interest | K | T | | | | | |
| 88. | Morgan Stanley #4- Wisconsin St For Issues DTD | A | Interest | K | T | | | | | |
| 89. | Morgan Stanley #4- Los Angeles CALIF | A | Interest | K | T | | | | | |
| 90. | Morgan Stanley #4- Virginia St Pub Sch Auth Sch Technology & Sec NTS | A | Interest | J | T | | | | | |
| 91. | Morgan Stanley #4- Portland ORE Genl Oblig Rev-B | B | Interest | K | T | | | | | |
| 92. | Morgan Stanley #4- Indianapolis IND wtr sys First Lien | A | Interest | K | T | | | | | |
| 93. | Morgan Stanley #4- New York St Dorm Auth Sales Tax Rev St | A | Interest | K | T | | | | | |
| 94. | Charles Schwab - Ford Motor Co | A | Dividend | J | T | Sold (part) | 04/26/19 | K | A | |
| 95. | Morgan Stanley #1- Netflix Inc. | | None | | | Sold | 11/27/19 | K | C | |
| 96. | Charles Schwab- General Electric Co. | A | Dividend | | | Buy | 05/07/19 | J | | |
| 97. | | | | | | Buy (add'l) | 05/29/19 | J | | |
| 98. | | | | | | Buy (add'l) | 06/04/19 | J | | |
| 99. | | | | | | Sold (part) | 06/19/19 | J | A | |
| 100. | | | | | | Sold | 10/30/19 | J | A | |
| 101. | Morgan Stanley #2- AT&T Inc. | B | Dividend | K | T | Buy | 01/07/19 | K | | |
| 102. | | | | | | Buy (add'l) | 05/14/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Morgan Stanley #2- Coca Cola Co. | A | Dividend | K | T | Buy | 05/14/19 | K | | |
| 104. Morgan Stanley #2- Digital Realty Trust Inc. | A | Dividend | K | T | Buy | 02/08/19 | K | | |
| 105. Morgan Stanley #2- Weyerhaeuser Co. | A | Dividend | J | T | Buy | 08/19/19 | J | | |
| 106. Morgan Stanley #2- Vanguard Short-Term Gov. Bd. | A | Dividend | J | T | Buy | 12/18/19 | J | | |
| 107. Morgan Stanley #2- Bank of New York Mellan Corp. | A | Dividend | | | Buy | 01/07/19 | K | | |
| 108. | | | | | Sold | 05/14/19 | K | | |
| 109. Morgan Stanley #2- Chevron Corp. | | None | | | Buy | 05/22/19 | K | | |
| 110. | | | | | Sold | 08/13/19 | K | | |
| 111. Morgan Stanley #2-Crown Castle Int'l Corp. | | None | | | Buy | 10/21/19 | K | | |
| 112. | | | | | Sold | 11/25/19 | K | | |
| 113. Morgan Stanley #2- Dow Inc. | A | Dividend | | | Buy | 01/07/19 | J | | |
| 114. | | | | | Sold | 08/06/19 | J | | |
| 115. Morgan Stanley #2- Dow Dupont Inc. | A | Dividend | | | Buy | 01/07/19 | J | | |
| 116. | | | | | Sold | 04/05/19 | J | A | |
| 117. Morgan Stanley #2- Duke Energy Corporation | A | Dividend | | | Buy | 08/19/19 | J | | |
| 118. | | | | | Sold | 11/25/19 | J | | |
| 119. Morgan Stanley #2- Emerson Electric Co. | | None | | | Buy | 06/05/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Walter, Donald E. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold | 08/13/19 | K | | |
| 121.  Morgan Stanley #2- Energy Sel Sect SPDR FD | A | Dividend | | | Buy | 08/21/19 | K | | |
| 122. | | | | | Sold | 11/26/19 | K | A | |
| 123.  Morgan Stanley #2- Int'l Business Machines Corp. | A | Dividend | | | Buy | 08/19/19 | J | | |
| 124. | | | | | Sold | 11/25/19 | J | A | |
| 125.  Morgan Stanley #2- Lowe's Companies Inc. | A | Dividend | | | Buy | 01/07/19 | K | | |
| 126. | | | | | Sold | 02/28/19 | K | A | |
| 127.  Morgan Stanley #2- McDonald's Corp. | A | Dividend | | | Buy | 01/07/19 | J | | |
| 128. | | | | | Sold | 12/18/19 | J | A | |
| 129.  Morgan Stanley #2- Merck & Co. Inc. New Com | A | Dividend | | | Buy | 08/19/19 | J | | |
| 130. | | | | | Sold | 11/25/19 | J | A | |
| 131.  Morgan Stanley #2- Utilities Sel Sect SPDR Fund | A | Dividend | | | Buy | 08/19/19 | K | | |
| 132. | | | | | Sold | 11/26/19 | K | A | |
| 133.  Morgan Stanley #3- Energy Sel Sect SPDR Fd | A | Dividend | J | T | Buy | 08/21/19 | J | | |
| 134. | | | | | Buy<br>(add'l) | 08/29/19 | J | | |
| 135.  Morgan Stanley #3- Goldman Sachs Access Tre O-1 Y | A | Dividend | J | T | Buy | 03/21/19 | J | | |
| 136. | | | | | Sold<br>(part) | 07/31/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 08/29/19 | J | | |
| 138. Morgan Stanley #3- Health Care Sel Sect SPDR Fd | A | Dividend | J | T | Buy | 08/21/19 | J | | |
| 139. Morgan Stanley #3- Materials Sel Sect SPDR Fd | A | Dividend | J | T | Buy | 01/14/19 | J | | |
| 140. | | | | | Buy<br>(add'l) | 08/29/19 | J | | |
| 141. Morgan Stanley #3- Vanguard Communication Svcs EFT | A | Dividend | J | T | Buy | 01/14/19 | J | | |
| 142. | | | | | Sold<br>(part) | 07/31/19 | J | A | |
| 143. Morgan Stanley #3-SPDR PORTF EMER Market ETF | | None | | | Buy | 04/08/19 | J | | |
| 144. | | | | | Sold | 05/07/19 | J | | |
| 145. Morgan Stanley #3- Vanguard Health Care ETF | A | Dividend | | | Buy | 01/14/19 | J | | |
| 146. | | | | | Sold | 05/07/19 | J | A | |
| 147. Morgan Stanley #4- Washington St. Var. Purp. Genl. Oblig. Ser-E | A | Interest | J | T | Buy | 06/25/19 | J | | |
| 148. Morgan Stanley #4- Metropolitan Transn. Auth. NY Dedicated Tax Fd Rev- | A | Interest | J | T | Buy | 03/12/19 | J | | |
| 149. Morgan Stanley #4- Wisconsin St. Transn. Rev 1 | A | Interest | J | T | Buy | 07/02/19 | J | | |
| 150. Morgan Stanley #4- United States Treasury Note 9128286B1 | A | Interest | J | T | Buy | 03/13/19 | J | | |
| 151. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 152. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 153. Morgan Stanley #4- AB Tax Multi Sector Inc. | A | Dividend | | | Buy | 07/16/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walter, Donald E.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 155. | | | | | Buy (add'l) | 08/13/19 | K | | |
| 156. | | | | | Sold | 11/29/19 | K | A | |
| 157. Morgan Stanley #4- US TSY Note 912828NT3 | A | Interest | | | Buy | 08/13/19 | J | | |
| 158. | | | | | Sold | 09/18/19 | J | | |
| 159. Morgan Stanley #2- WalMart Inc. | A | Dividend | J | T | Buy | 01/07/19 | J | | |
| 160. | | | | | Sold (part) | 01/24/19 | J | A | |
| 161. | | | | | Buy (add'l) | 05/14/19 | J | | |
| 162. | | | | | Sold (part) | 08/28/19 | J | A | |
| 163. Morgan Stanley #5- Amazon Com Inc | | None | | | Buy | 05/16/19 | J | | |
| 164. | | | | | Sold | 11/27/19 | J | | |
| 165. Morgan Stanley #5- Anthem Inc Com | | None | | | Buy | 06/07/19 | J | | |
| 166. | | | | | Sold | 08/16/19 | J | | |
| 167. Morgan Stanley #5- Berkshire Hathaway CL B New | | None | | | Buy | 05/16/19 | J | | |
| 168. | | | | | Sold | 08/06/19 | J | | |
| 169. Morgan Stanley #5- Chevron Corp | A | Dividend | | | Buy | 05/15/19 | J | | |
| 170. | | | | | Sold | 08/13/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  Morgan Stanley #5- Cisco Sys Inc | A | Dividend | | | Buy | 05/16/19 | J | | |
| 172. | | | | | Sold | 11/27/19 | J | | |
| 173.  Morgan Stanley #5- McDonalds Corp | A | Dividend | | | Buy | 08/19/19 | J | | |
| 174. | | | | | Sold | 11/27/19 | J | | |
| 175.  Morgan Stanley #5- PayPal Hldgs Inc Com | | None | | | Buy | 05/16/19 | J | | |
| 176. | | | | | Sold | 06/07/19 | J | A | |
| 177.  Morgan Stanley #5- Stanley Black & Decker Inc | A | Dividend | | | Buy | 05/16/19 | J | | |
| 178. | | | | | Sold | 08/13/19 | J | | |
| 179.  Morgan Stanley #5- The Financial Sel Sect Spdr Fd | | None | | | Buy | 05/16/19 | J | | |
| 180. | | | | | Sold | 06/04/19 | J | | |
| 181.  Morgan Stanley #5- Vanguard Energy Etf | A | Dividend | | | Buy | 05/16/19 | J | | |
| 182. | | | | | Sold<br>(part) | 08/06/19 | J | | |
| 183. | | | | | Sold | 08/13/19 | J | | |
| 184.  Morgan Stanley #5- Xilinx Inc | A | Dividend | | | Buy | 05/16/19 | J | | |
| 185. | | | | | Sold | 11/27/19 | J | | |
| 186.  Morgan Stanley #5- Morgan Stanley Bank | A | Int./Div. | J | T | Open | 05/06/19 | J | | |
| 187.  Morgan Stanley #5- Accenture Plc Ireland Cl A | A | Dividend | J | T | Buy | 05/16/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  Morgan Stanley #5- Alphabet Inc Cl A | | None | J | T | Buy | 05/16/19 | J | | |
| 189.  Morgan Stanley #5- Apple Inc | A | Dividend | J | T | Buy | 05/16/19 | J | | |
| 190.  Morgan Stanley #5- AT&T Inc | A | Dividend | J | T | Buy | 05/14/19 | J | | |
| 191. | | | | | Buy<br>(add'l) | 06/07/19 | J | | |
| 192.  Morgan Stanley #5- Blackrock Inc | A | Dividend | J | T | Buy | 05/16/19 | J | | |
| 193.  Morgan Stanley #5- Boston Scientific Corp | | None | J | T | Buy | 05/16/19 | J | | |
| 194.  Morgan Stanley #5- Coca Cola Co | A | Dividend | J | T | Buy | 05/14/19 | J | | |
| 195.  Morgan Stanley #5- Dominos Pizza Inc | A | Dividend | J | T | Buy | 08/08/19 | J | | |
| 196. | | | | | Buy<br>(add'l) | 09/19/19 | J | | |
| 197.  Morgan Stanley #5- Honeywell International Inc | A | Dividend | J | T | Buy | 05/16/19 | J | | |
| 198.  Morgan Stanley #5- JP Morgan Chase & Co | A | Dividend | J | T | Buy | 05/16/19 | J | | |
| 199.  Morgan Stanley #5- Lockheed Martin Corp | A | Dividend | J | T | Buy | 05/16/19 | J | | |
| 200.  Morgan Stanley #5- Merck & Co Inc New Com | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 201.  Morgan Stanley #5- Microsoft Corp | A | Dividend | J | T | Buy | 05/16/19 | J | | |
| 202.  Morgan Stanley #5- Nextera Energy Inc | A | Dividend | J | T | Buy | 05/16/19 | J | | |
| 203.  Morgan Stanley #5- Sherwin Williams Company Ohio | A | Dividend | J | T | Buy | 05/16/19 | J | | |
| 204.  Morgan Stanley #5- Thermo Fisher Scientific | A | Dividend | J | T | Buy | 05/16/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walter, Donald E.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  Morgan Stanley #5- United Technologies Corp | A | Dividend | J | T | Buy | 05/16/19 | J | | |
| 206.  Morgan Stanley #5- Walmart Inc | | None | J | T | Buy | 08/19/19 | J | | |
| 207.  Morgan Stanley #5- Walt Disney Co Hldg Co | | None | J | T | Buy | 08/08/19 | J | | |
| 208. | | | | | Buy (add'l) | 08/19/19 | J | | |
| 209.  Morgan Stanley #5- Cons Staples Sel Sect Spdr Fd | A | Dividend | J | T | Buy | 05/16/19 | J | | |
| 210.  Morgan Stanley #5- First Trust Fncl Alphadex etf | A | Dividend | J | T | Buy | 05/16/19 | J | | |
| 211.  Morgan Stanley #5- Utilities Sel SEct Spdr Fund | A | Dividend | J | T | Buy | 05/16/19 | J | | |
| 212. | | | | | Buy (add'l) | 08/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walter, Donald E.** | 08/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Valuation Code V: asset value on 36 months gross production

#1, Undeveloped land outside of Waynesboro, Wayne County, Mississippi, and Louisiana farmlands located in Jefferson Parish, Louisiana. Appraisal taken as of October 15, 2008. Jefferson Parish land was sold during 2016. Only the Wayne County property is owned as of 12/31/16.

#3, Working interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc.Valutaion based on 3 times the current year income.

#5, An undivided interest in real estate located in Jennings, Louisiana. Appraisal taken as of 1979.

#6, Working interest – Alabama Ferry Units in Leon, Houston and other counties in Texas income paid by Hillcorp Corporation. Valuation based on 3 times the current year income.

#9, Royalty Interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc. Valuation based on 3 times the current year income.

#10, Royalty Interest – Jeff Davis and Vermillion Parishes, Louisiana. Production income paid by Texas Petroleum, Spooner Petroleum Company and XTO Energy. Valuation based on 3 times the current year income.

#11, Value used in sucession, DOD 7/9/2007.

#12, Value used in sucession, DOD 7/9/2007.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donald E. Walter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544